**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAVRIX PHOTO, INC.<br><br>                Plaintiff,<br><br>- against -<br><br>SOURCE DIGITAL, INC. and DOES 1-10;<br><br>                Defendants. | Case No.: 20-cv-1590<br><br>PLAINTIFF'S COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; AND (2) VIOLATIONS OF THE DIGITAL MILLENIUM COPYRIGHT ACT (17 U.S.C. §1202)<br><br>JURY TRIAL DEMANDED |

Plaintiff, Mavrix Photo, Inc. ("Plaintiff"), by and through its undersigned attorneys, hereby prays for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391 (b) and (c) and 1400(a) in that Defendant Source Digital, Inc.'s principal place of business is in this district, that one or more of the Defendants reside in this judicial district, and this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff Mavrix Photo, Inc. ("Plaintiff") is a Florida business corporation, with its principal place of business in Los Angeles County, California.

5. Plaintiff is informed and believes and thereon alleges that Defendant Source Digital, Inc. ("Source Digital") is a New York business corporation registered to and doing business in

the state of New York. Source Digital's principal place of business is in New York County, New York, and it operates a website www.thesource.com (the "Website").

6. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the founder, editor in chief, senior editor, agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and at all times had control over the content displayed on the Website, acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO THE SUBJECT PHOTOGRAPH

7. Plaintiff is a digital media company whose business consists, in part, of licensing rights to reproduce photographs that it owns or has the exclusive right to license.

8. Plaintiff owns the copyright in and to the photograph at issue in this case, which is a photograph of Kim Kardashian. The photograph ("Subject Photograph") is titled "MX001_132604_1312GT.jpg". The Subject Photograph was composed and created by Nikolareas Petros and was registered with the United States Copyright Office before the infringement at issue. A true and correct copy of the Subject Photograph is reproduced below:



9. Plaintiff is informed and believes and thereon alleges that Source Digital owns and operates a website at www.thesource.com, where it posts various videos and pictures.

10. Plaintiff is further informed and believes that Source Digital displayed the Subject Photograph ("Infringing Photograph") on its website, www.thesource.com, without authorization. True and correct screenshots of Defendants' infringing use of the Subject Photograph on the www.thesource.com website is reproduced on the page below:

11. "Infringing Photograph":



### **FIRST CLAIM FOR RELIEF**

(For Copyright Infringement)

12.  Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

13.  Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Photograph, including, without limitation, through viewing the Subject Photograph the World Wide Web.

14. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, used and displayed the Subject Photograph on www.thesource.com.

15. Plaintiff is informed and believes and thereon alleges that the Infringing Photograph use the same elements, composition, colors, arrangement, subject, lighting, angle, and overall

appearance of the Subject Photograph and constitutes unauthorized uses of the Subject Photograph.

16. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed the Subject Photograph by publishing and displaying the Infringing Photograph to the public, including without limitation, on www.thesource.com without authorization or consent.

17. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

18. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Subject Photograph. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Subject Photograph in an amount to be established at trial.

19. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## **SECOND CLAIM FOR RELIEF**
(For Violations of the Digital Millennium Copyright Act (17 U.S.C. §1202)

20. Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

21.  Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, violated 17 U.S.C. §1202 by intentionally removing and/or altering the copyright management information, in the form of metadata, on the copy of at least one Subject Photograph, and distributing copyright management information with knowledge that the copyright management information had been removed or altered without authority of the copyright owner or the law, and distributing and publicly displaying the material, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law, and knowing, or, with respect to civil remedies under section 1203, having reasonable grounds to know, that the conduct would induce, enable, facilitate, or conceal an infringement of any right under this title.

22. The above conduct is in violation of the Digital Millennium Copyright Act and exposes Defendants, and each of them, to additional and enhanced common law and statutory damages and penalties pursuant to 17 USC § 1203 and other applicable law.

23. Plaintiff is informed and believes and thereon alleges that Defendants, and each of their, conduct as alleged herein was willful, reckless, and/or with knowledge, and Plaintiff resultantly seeks enhanced damage and penalties.

### **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### **Against all Defendants, and Each:**

<u>With Respect to Each Claim for Relief:</u>

a.   That Defendants, as well as their employees, agents, or anyone acting in concert with it, be enjoined from infringing Plaintiff's copyright in the Subject Photograph, including, without

limitation, an order requiring Defendant to remove the Infringing Photograph from any print, web, or other publication owned, operated or controlled by any Defendant.

      b.    That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendant, through its infringement, the exact sum to be proven at the time of trial, and, to the extent available, statutory damages as available under the 17 U.S.C. § 504, 17 U.S.C. §1203, and other applicable law.

      c.    That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

      d.    That Plaintiff be awarded its costs and fees under the statutes set forth above;

      e.    That Plaintiff be awarded statutory damages and/or penalties under the statues set forth above;

      f.    That Plaintiff be awarded pre-judgment interest as allowed by law;

      g.    That Plaintiff be awarded the costs of this action; and

      h.    That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: February 24, 2020                    Respectfully submitted:

By: /s/ Michael D. Steger
Michael D. Steger (MS2009)
michael@donigerlawfirm.com
Laura Zaharia
lzaharia@donigerlawfirm.com
DONIGER / BURROUGHS
231 Norman Avenue, Suite 413
Brooklyn, New York 11222
(646) 517-0600
(845) 689-2155 (fax)
Attorney for Plaintiff