Stephen M. Doniger
Scott Alan Burroughs
Trevor W. Barrett
Frank Gregory Casella
Justin M. Gomes
David R. Shein*
Mathew DiNicola*^
Emily A. Danchuk*+
Michael D. Steger*+
*Of Counsel
^Admitted in Texas
+Admitted in New York



*Doniger / Burroughs Building*
*603 Rose Avenue*
*Venice, California 90291*

*New York Office*
*295 Madison Avenue, 22nd Floor*
*New York, New York 10017*

*Sender's contact*
*michaelt@donigerlawfirm.com*
*(646)517-0600*

March 2, 2020

<u>VIA ECF</u>

Honorable Katherine P. Failla
United States District Court Southern District of New York
40 Foley Square
New York, NY 10007



Re: *Mavrix Photo, Inc. v. Source Digital, Inc., et al*, 20-CV-01590-KPF

Dear Judge Failla:

This firm represents plaintiff Mavrix Photo, Inc. in this copyright infringement matter. I am writing regarding the initial Rule 16 conference that the Court just scheduled for May 7th.

I will be at the American Bar Association's Litigation Section Annual Conference in Washington, DC from May 6th to May 9th. I respectfully request that the Court reschedule the conference for May 11th or a later date.

Thank you for your consideration of this request.

Sincerely yours,

By: /s/ Michael D Steger
    Michael D. Steger
    for the Firm

```
Application GRANTED.  The initial pretrial conference is hereby ADJOURNED to
May 5, 2020, at 11:00 a.m.

Dated:    March 2, 2020             SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE