UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAVRIX PHOTO, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> SOURCE DIGITAL, INC. and DOES 1-10, <br><br> Defendants. | 20 Civ. 1590 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 30, 2020, the Court received a joint letter from the parties. (Dkt. #19). As part of that letter, the parties informed the Court that the case caption in this action is incorrect, in that it identifies Plaintiff as "Marvix Photo, Inc.," as opposed to "Mavrix Photo, Inc." Accordingly, the Clerk of Court is directed to amend the case caption to reflect the proper spelling of Plaintiff's name.

SO ORDERED.

Dated: May 1, 2020
New York, New York

_Katherine Polk Failla_
KATHERINE POLK FAILLA
United States District Judge