UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAVRIX PHOTO, INC.,<br><br>      Plaintiff,<br><br>    -v.-<br><br>SOURCE DIGITAL, INC. and DOES 1-10,<br><br>      Defendants. | 20 Civ. 1590 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  There is currently a post-fact discovery conference scheduled in this action for September 17, 2020, at 4:00 p.m.  Given the ongoing pandemic, the Court believes it wise for the conference to take place telephonically.  The Court therefore CONVERTS the scheduled conference to a telephonic conference.  The dial-in instructions are as follows: At 4:00 p.m. the parties will dial (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 4:00 p.m.

  SO ORDERED.

Dated: September 10, 2020
     New York, New York

                        *Katherine Polk Failla*
                     KATHERINE POLK FAILLA
                     United States District Judge